**Christopher GAYTON, Plaintiff-Appellant,**

v.

**Officer KUSTANBAUER, Correctional Officer; Officer Phillips, Correctional Officer; Unknown Escorting Officer #2, Correctional Officer; K. Laybourne, Dr., Medical Administrator; Officer Kulfman, Correctional Officer; Unknown Escorting Officer #1, Correctional Officer, Defendants-Appellees.**

No. 17-6662

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 20, 2017

Christopher Gayton, Appellant Pro Se.

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Christopher Gayton appeals the district court's orders dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gayton v. Kustanbauer*, No. 1:16-cv-01577-LMB-MSN (E.D. Va. Feb. 10, 2017; filed Apr. 11, 2017, entered Apr. 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*